APPEAL No. 79-149. IN RE SUSAN. The Order of the Family Court imposing the sentences of probation upon Susan is hereby stayed pending consideration by the full court of her motion for a stay of execution of sentence. *A. Earl Shaw, Jr.,* Town Solicitor, for petitioner. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for respondent.

## April 26, 1979

M. P. No. 79-39. MARGARET McCUSKER *v.* EDWARD McCUSKER. The husband's request that we defer consideration of his petition for writ of certiorari as prayed is granted. *Friedman & Kessler, Harold I. Kessler,* for plaintiff-respondent. *Philip M. Hak,* for defendant-petitioner.

M. P. No. 79-120. DORRANCE ASSOCIATES *v.* STEPHEN N. BOBROW. The petition for writ of certiorari is denied. Mr. Justice Joslin did not participate. *Selya and Iannuccillo, Inc., Martin L. Greenwald,* for petitioner. *Edwards & Angell, Robert G. Flanders, Jr.,* for respondent.